Perrine *v.* Wimpfheimer.

JOHN J. PERRINE et al., appellants,

*v.*

ADOLPH WIMPFHEIMER et al., respondents.

*Mr. Edward M. Colie,* for the appellants.

*Messrs. Coult & Howell,* for the respondents.

PER CURIAM.

The decree appealed from in this case is affirmed. Opinion rendered by Justice Van Syckel. See opinion of Vice-Chancellor Emery in the court of chancery, reported in *16 Dick. Ch. Rep. 126.*

NOTE.—The opinion on the appeal was rendered June Term, 1901, but omitted from its proper place. See *50 Atl. Rep. 356.*

*For affirmance*—DEPUE, VAN SYCKEL, GARRISON, GUMMERE, FORT, COLLINS, GARRETSON, HENDRICKSON, BOGERT, VREDENBURGH, VOORHEES, VROOM, ADAMS—13.

*For reversal*—None.